An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PERRY A. HOOD,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE;
AND THE HONORABLE ROBERT W.
LANE, DISTRICT JUDGE,
Respondents,
    and
ISIDRO BACA, WARDEN,
Real Party in Interest.

No. 65729

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a proper person petition for a writ of habeas corpus. Petitioner challenges his judgment of conviction and sentence. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise original jurisdiction. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

---

[1] We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

14 -19230

cc: Hon. Robert W. Lane, District Judge
Perry A. Hood
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A